IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SYKES, #164 303 | * | |
| Plaintiff, | * | |
| v. | * | 2:09-CV-1140-ID |
| | | (WO) |
| MARIANNE BAKER, *et al.*, | * | |
| Defendants. | * | |

**ORDER**

It appears from a review of the proceedings in this matter, that service has not been perfected on Defendant Quin. A review of the court docket reflects that the court's initial order of procedure mailed to Defendant Quin has been returned to the court marked as undeliverable. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Quin, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before April 20, 2010 Plaintiff shall furnish the clerk's office with the correct address for Defendant Quin. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is Plaintiff's responsibility; and

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Quin will

not be served, s/he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done, this 6th day of April 2010.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE