IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SYKES, # 164303, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-1140-ID |
| | ) | |
| | ) | |
| MARIANNE BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 18, 2010, the Magistrate Judge entered a Recommendation (Doc. No. 15) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's failures to comply with the orders of this Court and to prosecute this cause of action.

A separate judgment shall issue.

Done this 23rd day of June, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE